## Ex parte GEORGE THOUVENALL.

No. A-8235.   Dec. 17, 1931.
(6 Pac. [2d] 1118.)

J. Van Long, for petitioner.

W. C. Henneberry, Asst. Co. Atty., for the State.

CHAPPELL, J.   Petition for writ of habeas corpus was filed in this case on the 14th day of August, 1931. No briefs have been filed and no further proceedings taken on behalf of the petitioner.

The application is dismissed for failure to prosecute.

DAVENPORT, P. J., and EDWARDS, J., concur.